IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CRISTONO ANTONIO LINARES RIVERA,:

    Petitioner,           :

v.                         :

                              CIVIL ACTION 07-445-KD-M

ALBERTO GONZALES,      :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,  :

    Respondents.        :

<u>ORDER</u>

     After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

     It is ORDERED that this action be DISMISSED, without prejudice, for failure to prosecute.

     DONE this 22nd day of August, 2007.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**